# Jonathan Vining

| | |
|---|---|
| **From:** | Jonathan Vining |
| **Sent:** | Friday, December 10, 2021 4:53 PM |
| **To:** | Jovontee Curlee |
| **Cc:** | Walters, Christopher; Justin Schmidt; Willis, Grant; Thomas Frampton |
| **Subject:** | Re: Emergency status conference request |
| **Attachments:** | Bobby Sneed 81275 signed parole certificate.pdf |

Ms. Curlee,

The West Feliciana sheriff is now holding Mr. Sneed in the local jail pursuant to the warrant I sent earlier. Mr. Sneed is no longer in DOC's custody. Kindly, please inform Judge Johnson.

Thank you and have a great weekend.

Sent from my iPhone

> On Dec 10, 2021, at 3:26 PM, Jonathan Vining <Jonathan.Vining@la.gov> wrote:
>
> Ms. Curlee,
>
> In addition to the warrant I provided in the previous email, here is Mr. Sneed's signed certificate of parole per the orders of Judge Johnson.   Please provide to the Court.  Thank you kindly.
>
> Jonathan
>
> **From:** Jonathan Vining
> **Sent:** Friday, December 10, 2021 2:43 PM
> **To:** 'Thomas Frampton' <tframpton@law.virginia.edu>
> **Cc:** Walters, Christopher <WaltersC@ag.louisiana.gov>; Jovontee Curlee <JCURLEE@19thjdc.org>; Justin Schmidt <justinschmidtlaw@gmail.com>; Willis, Grant <WillisG@ag.louisiana.gov>
> **Subject:** RE: Emergency status conference request
>
>
> **From:** Thomas Frampton <tframpton@law.virginia.edu>
> **Sent:** Friday, December 10, 2021 2:31 PM
> **To:** Jonathan Vining <Jonathan.Vining@LA.GOV>
> **Cc:** Walters, Christopher <WaltersC@ag.louisiana.gov>; Jovontee Curlee <JCURLEE@19thjdc.org>; Justin Schmidt <justinschmidtlaw@gmail.com>; Willis, Grant <WillisG@ag.louisiana.gov>
> **Subject:** Re: Emergency status conference request
>
> **EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.
>
> Dear Judge Johnson:
>
> I am told the following:



EXHIBIT 6

"Warden Hooper came out and told him that he was told that probation and parole issued an arrest warrant and Bobby would not be released. Did not indicate who told him that."

Thomas

--
Thomas Frampton
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
tel: 202.352.8341

---

**From:** Thomas Frampton <tframpton@law.virginia.edu>
**Date:** Friday, December 10, 2021 at 3:25 PM
**To:** Jonathan Vining <Jonathan.Vining@LA.GOV>
**Cc:** Walters, Christopher <WaltersC@ag.louisiana.gov>, Jovontee Curlee <JCURLEE@19thjdc.org>, Justin Schmidt <justinschmidtlaw@gmail.com>, Willis, Grant <WillisG@ag.louisiana.gov>
**Subject:** Re: Emergency status conference request

Dear Judge Johnson:

After the First Circuit denied writs and lifted its stay, we received repeated assurances from Mr. Vining that Bobby was "waiting to be picked up." We sent someone to Angola's gates. We have just received word that Respondents are AGAIN refusing to release Mr. Sneed. We pray again for an immediate status conference.

Sincerely,

--
Thomas Frampton
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
tel: 202.352.8341

---

**From:** Jonathan Vining <Jonathan.Vining@LA.GOV>
**Date:** Thursday, December 9, 2021 at 5:50 PM
**To:** Thomas Frampton <tframpton@law.virginia.edu>
**Cc:** Walters, Christopher <WaltersC@ag.louisiana.gov>, Jovontee Curlee <JCURLEE@19thjdc.org>, Justin Schmidt <justinschmidtlaw@gmail.com>, Willis, Grant <WillisG@ag.louisiana.gov>
**Subject:** Re: Emergency status conference request

Thomas-you sent us a signed order at 4:20 PM-how can you possibly expect classification staff to process someone out at 4:20? Thats absurd-you can pick up your client first thing tomorrow morning. There is no staff to process him out at that time of day-you're being unreasonable and disingenuous.  LSP is short 350 positions and staff leaves at their scheduled times. Get your client in the morning-I'm sorry Warden Hooper can't move heaven and earth for you.

Have a good evening.

Sent from my iPhone

On Dec 9, 2021, at 4:42 PM, Thomas Frampton <tframpton@law.virginia.edu> wrote:

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Dear Judge Johnson:

My cocounsel is currently at Angola's gates, waiting for Mr. Sneed. Opposing counsel Jonathan Vining, despite being on notice about your order since this morning and now in receipt of your signed order, just informed us he would not comply with the order today, citing staffing. This delay and foot dragging, and direct defiance of this court's orders, is outrageous. We pray for an immediate phone conference with all parties,

Thomas Frampton

Sent from my iPhone

> On Dec 9, 2021, at 5:19 PM, Walters, Christopher <WaltersC@ag.louisiana.gov> wrote:
>
> Good Afternoon All,
>
> As promised in my last email with the attachments, I am providing below a link to the LA DOJ File Sharing Web Portal where you should be able to access and download a copy of what we just filed with the La 1st Circuit Court of Appeal.
>
> https://ft.ag.state.la.us/public/file/KKd1dlBeW02JNKti6d7GBA/2021.12.09%20-%20Sneed%20-%20State%202nd%20Emergency%20Writ%20Application%20and%20Appendix%20with%20Exhibits.pdf
>
> Respectfully,
>
> <image001.png>   **Christopher Neal Walters**
> **Assistant Attorney General**
> **Criminal Division,**
> **Office of Attorney General Jeff Landry**
> **Phone: (225) 326-6200 Fax: (225) 326-6495**
> **www.AGJeffLandry.com**

<image002.png>

<image003.png>

<image004.png>

<image005.png>

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.