UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY SNEED,<br><br>        Petitioner,<br><br>v.<br><br>TIM HOOPER, Warden of Louisiana State Penitentiary; BRIAN SPILLMAN, Sheriff of West Feliciana Parish; and JAMES LEBLANC, Secretary of the Louisiana Department of Public Safety & Corrections.<br><br>        Respondent. | Case No. 21-cv-704 |

**EMERGENCY MOTION FOR STATUS CONFERENCE**

Respondents have announced their plans to begin "revoking" Mr. Sneed's parole in less than 24 hours (**Tuesday, December 21, 2021 at 9:00 a.m. CT**). They have refused repeated written requests for a brief delay to allow this Court adequate time to rule on pending matters and they have refused to provide basic assurances that they will not violate Mr. Sneed's Fourteenth Amendment rights *yet again* in the administration of the hearing.

Specifically, Respondents have refused Mr. Sneed's repeated written requests for a brief delay to ensure the presence of counsel and have refused to confirm that witnesses will be present. *But see Morrissey v. Brewer*, 408 U.S. 471, 487 (1972) ("On request of the parolee, [the Fourteenth Amendment requires that the] person who has given adverse information on which parole revocation is to be based is to be made available for questioning in his presence [at the preliminary hearing]."). *McBride v. Johnson*, 118 F.3d 432, 439 (5th Cir. 1997), *as corrected* (Sept. 16, 1997) ("In *Morrissey,* the Supreme Court unambiguously stated that if the

1

parolee requests the presence of an adverse witness [at the preliminary hearing], that adverse witness must be produced unless good cause excuses the witness's absence.").

Mr. Sneed respectfully requests an opportunity to confer with this Court and opposing counsel about their attempts to disrupt the *status quo* while this Court weighs those matters presently pending before the Court.

Respectfully submitted,

*/s/ Thomas Frampton*
**THOMAS FRAMPTON, Bar No. 35775**
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
(202) 352-8341 (cell)
tframpton@law.virginia.edu
*Affiliation for identification only*

/s/Justin B. Schmidt
**JUSTIN SCHMIDT, Bar No. 25864**
1506 Seventh Street
New Orleans, LA  70115
Mobile: (504) 451-6567
Facsimile: (504) 899-9217
Email:  Justinschmidtlaw@gmail.com

**Attorneys for Bobby Sneed**