UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| BOBBY SNEED | CIVIL ACTION |
|---|---|
| VERSUS | NO. 21-704-JWD-RLB |
| TIM HOOPER | |

### ORDER

    A settlement conference was held on January 5, 2022. After a period of negotiations, the parties were able to reach an agreement to resolve this matter subject to certain additional steps to be taken. The undersigned will continue to work with the parties to complete these steps. Any communications between the undersigned and the individual parties / attorneys remains confidential and part of this settlement conference. Any pending deadlines are hereby stayed.

    Signed in Baton Rouge, Louisiana, on January 5, 2022.

                                              RICHARD L. BOURGEOIS, JR.
                                              UNITED STATES MAGISTRATE JUDGE