## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

BOBBY SNEED,

          Petitioner,

v.

TIM HOOPER, Warden of Louisiana
State Penitentiary; BRIAN SPILLMAN,
Sheriff of West Feliciana Parish; and JAMES
LEBLANC, Secretary of the Louisiana
Department of Public Safety & Corrections.

          Respondents.

**CASE NO. 21-cv-00704**

**JUDGE JOHN W. DEGRAVELLES**

**MAG. JUDGE R. L. BOURGEOIS, JR.**

---

### ORDER

Considering the foregoing Joint Motion for Dismissal filed by counsel for Petitioner and Respondents and acknowledging the parties' representations to the Court that:

The Louisiana Committee on Parole has agreed, in lieu of parole revocation, to release onto parole Petitioner, BOBBY SNEED, pursuant to the date and conditions set forth in the Certificate of Parole, which certificate is attached as Exhibit A; and

Based on Mr. Sneed's July 23, 2021 representation that he has requested drug treatment programming, his acknowledgement that he has a drug problem, and his ongoing willingness to receive drug programming, the Louisiana Committee on Parole accepts this acknowledgement, agrees to Mr. Sneed completing the substance abuse rehabilitation program as a condition of parole, and agrees that no further revocation proceedings or adverse parole action by Respondents or the Louisiana Committee on Parole would be instituted against him due to any personal drug use or other non-criminal purported parole violation occurring prior to the date of this agreement.

The "general conditions under which parole is granted" become operative upon Mr. Sneed's release from custody on parole. The parties have no agreement as to whether proof of other criminal conduct prior to release could be the basis of parole revocation proceedings or adverse parole action.

Petitioner, BOBBY SNEED, and his legal counsel shall move to dismiss his Petition for Writ of Habeas Corpus in Case No. 2021-cv-00704 (M.D. La.) and his state court habeas petition in Case No. C-711804 (19th Judicial District Court), with prejudice, including any and all outstanding motions in those cases; and Counsel for Mr. Sneed shall also withdraw any and all currently pending requests for public records in possession of Respondents under the Louisiana Public Records Act; and

The dismissal of this proceeding and the others pursuant to the terms of the Agreement reached among the parties shall not constitute an admission of liability or wrongdoing by the Respondents, or a waiver of liability or wrongdoing by Petitioner,

WHEREFORE,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered suit be, and it is hereby, dismissed with prejudice, each party to bear their own costs.

Baton Rouge, Louisiana, this 10th day of January 2022.

_____

UNITED STATES DISTRICT COURT JUDGE